## Waiver of Service of Summons

### Linda Wright v. City of New York et al., 17CV6669, United States District Court for the Eastern District of NY

From: **City of New York**

To:    Stoll Glickman & Bellina LLP
475 Atlantic Avenue, Third Floor
Brooklyn NY 11217

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.
    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from **Tuesday, November 21, 2017**, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 12/20/17

_____
(Signature of the attorney or unrepresented party)

Megan Conger
(Printed name)

100 Church Street NY, NY 10007
(Address)

mconger@law.nyc.gov
(E-mail address)

(212) 356-3504
(Telephone number)

*(Please see reverse of this page regarding Duty to Avoid Unnecessary Expenses of Serving a Summons)*